IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARVER THOMAS ASKEW,

    Plaintiff,

v.                                                                     4:13cv566-WS

SERGEANT ERIK CROSBY,
SERGEANT DONNIE SEGREE,
SERGEANT KENNETH MALPHURS,
and CAPTAIN ROLLIN AUSTIN,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 120) docketed December 15, 2015.  The magistrate judge recommends that Sergeant Donnie Segree's motion to dismiss be denied.  Segree has filed objections (doc. 121) to the report and recommendation.

    The court has reviewed the record and has determined that the magistrate judge's recommendation should be adopted.  Although Segree properly objects to the magistrate judge's partial reliance on statements made by the plaintiff in

response to the motion to dismiss, this court nonetheless finds—looking *only* at the allegations in the fourth amended complaint—that the plaintiff has stated a claim against Segree. [1]

Accordingly, it is ORDERED:

1. The magistrate judge's recommendation—that Segree's motion to dismiss be denied—is ADOPTED.

2. Defendant Segree's motion to dismiss (doc. 101) is DENIED.

3. The case shall be returned to the magistrate judge for further proceedings.

DONE AND ORDERED this   18th   day of    December   , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] On page 9 of his fourth amended complaint, the plaintiff has alleged that Segree failed to intervene when other officers used excessive force on the plaintiff in Segree's presence.